**IN UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| JOSHUA SMITH AND<br>HEATHER L. SMITH | ) | DOCKET NO.: 1:25-CV-01198 |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | **JURY DEMAND** |
| | ) | |
| FARMERS INSURANCE EXCHANGE | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**MOTION TO DISMISS**

Defendant Farmers Insurance Exchange ("Defendant" or "Farmers"), by and through undersigned counsel, respectfully requests this Court to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. In support of this Motion, Defendant relies upon the contemporaneously filed Memorandum of Facts and Law and states as follows:

1.      Plaintiffs filed this action alleging claims against Farmers Insurance Exchange for breach of an insurance contract and bad faith related to a homeowners insurance policy.

2.      Plaintiffs assert that this Court has subject matter jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332. Compl., ¶¶ 4-5.

3.      Plaintiff's Complaint alleges that Farmers Insurance Exchange "is a foreign insurance company formed under the laws of the State of California, with its home office and principal place of business located in Woodland Hills, Los Angeles, California." Compl., ¶ 2.

4.      However, Farmers Insurance Exchange is not a corporation. Rather, Farmers Insurance Exchange is a reciprocal insurance exchange, also known as an inter-insurance exchange, which is an unincorporated association.

5.      As an unincorporated association, Farmers Insurance Exchange is a citizen of every state in which its members are citizens. *Carden v. Arkoma Assocs,*. 494 U.S. 185, 195-96 (1990); *Certain Interested Underwriters at Lloyd's v. Layne*, 26 F.3d 39, 41 (6th Cir. 1994).

6.      Plaintiffs are citizens of Tennessee. Compl., ¶ 1.

7.      Farners Insurance Exchange has members who are citizens of the state of Tennessee.

8.      Because Farmers Insurance Exchange has Tennessee members and Plaintiffs are Tennessee citizens, there is no complete diversity of citizenship pursuant to 28 U.S.C. § 1332, and accordingly, this Court lacks subject matter jurisdiction over this action.

**WHEREFORE,** Defendant Farmers Insurance Exchange respectfully requests that this Court grant this Motion to Dismiss and dismiss Plaintiffs' Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and grant such other and further relief as the Court deems just and proper.

*Respectfully submitted,*

*/s/ Keith W. Blair*
Keith W. Blair, BPR #15366
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
(615) 320-3225
kblair@tpmblaw.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 12, 2025, a copy of the foregoing Motion to Dismiss was filed electronically. Notice of this filing will be sent to all registered parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Matthew W. Pryor
Alexander Shunnarah Injury Lawyers
2000 Meridan Boulevard Suite 225
Franklin, TN 37067
mpryor@asilpc.com
*Affiliated Attorney*

James T. Sullivan
2000 Meridan Boulevard Suite 225
Franklin, TN 37067
jsullivan@asilpc.com
*Attorneys for Plaintiff*

*/s/ Keith W. Blair*
