# Farmers became industry giant with roots planted deep in L.A.

By Bronstad, Amanda

Publication: Los Angeles Business Journal

Date: Monday, August 22 2005

THE first policy that Los Angeles-based Farmers Insurance underwrote was for a 1925 Cadillac owned by a Santa Ana orange rancher.

It was for six months and cost $45.

That was considered a discount--even in 1928 when there was not yet any requirement to have auto insurance.

And it fit perfectly with the business model developed by founders Tom Leavey and John Tyler.

"The simple idea was if they focused their sales force on farmers and ranchers who live in the country and have fewer vehicles and accidents, they could charge them less," said Jeff Beyer, senior vice president and chief communications officer at Farmers Group Inc.

Seventy-seven years later, Farmers sells policies to more than just farmers.

It has grown to 20,000 employees and 17,000 sales agents nationwide, selling automobile, homeowners' and life insurance coverage to individuals and small businesses in 44 states. Nationally, it's the third largest underwriter of auto and homeowners' insurance.

Since its founding, Farmers has been sold twice; it is now owned by Swiss-based Zurich Financial Services, which is the world's second largest commercial property and casualty insurer. But it remains one of the few insurers based in Los Angeles, where the company's main office has been on Wilshire Boulevard since the 1930s.

"You'll find that most of the nation's largest insurance companies are located in the Northeast and upper Midwest," said Robert Hartwig, chief economist of the Insurance Information Institute in New York. "There's a historical reason for that. The Northeast was the first part of the country settled, and those companies expanded as the country expanded westward."

L.A. farmers

In the 1920s, farmers throughout the country had established their own mutual insurance firms and other cooperatives to get cheaper policies, but Leavey and Tyler, who grew up on ranches, had bigger ideas.

After stints in railroad construction in France and a sash-and-door company in Minnesota, Tyler moved to California in 1922 and met Leavey, an auditor-turned-insurance agent who came up with the idea to offer insurance discounted 40 percent.

In 1927, they got a loan from the founder of Bank of America and sold public shares of their new company, called Farmers Automobile Inter-Insurance Exchange, which opened its doors a year later in a two-room office in downtown Los Angeles. They had four employees: the two founders, a sales manager and an office manager.